UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| JEFF GREGA, in his capacity as Executor of Estate of JOHN C. GREGA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM PETTENGILL, in his individual capacity; DAN M. DAVIS, in his individual capacity; GLEN CUTTING, in his individual capacity; RICHARD HOLDEN, in his individual capacity; and TOWN OF DOVER,<br><br>Defendants. | Case No. 5:14-cv-147 |

## ANTICIPATED WITNESSES AND TIME FOR TRIAL

In accordance with the Court's order of January 12, 2016, the parties identify below the anticipated witnesses that will testify at the trial, the anticipated time for direct and cross-examination[1] and the anticipated total time for trial. The parties reserve the right to revise or supplement this list when submitting formal witness lists on or before May 31, 2016. Plaintiff also reserves the right to call rebuttal witnesses, including, but not limited to, those identified as part of the case in chief.

Plaintiff's Case In Chief

| Witness | Time Direct | Time Cross |
|---|---|---|
| 1. John Creighton | 1 hour | 0-15 minutes |
| 2. Glen Cutting | 3 hours | 0-30 minutes |

---

[1] The times allotted for cross-examination are difficult to estimate because the scope of direct testimony has not been identified and can only be guessed at based upon the time allotted for the direct testimony.

1

2

| | | | |
|---|---|---|---|
| 3. | Dan Davis | 2 hours | 1 hour |
| 4. | Wayne Dengler | 1 hour | 0-15 minutes |
| 5. | Christine DiGiacinto | 1 hour | 0-15 minutes |
| 6. | Kenneth Glass | 1 hour | 0-15 minutes |
| 7. | Richard Heaps | 1 hour | 45 minutes |
| 8. | Charles Holden | 1 hour | 30 minutes |
| 9. | Richard Holden | 1 hour | 0-15 minutes |
| 10. | Dan Mattias | 1 hour | 0-15 minutes |
| 11. | Jeff Grega | 5 hours | 2 hours |
| 12. | Marion Grega | 2 hours | 30 minutes |
| 13. | Steven Laken | 2 hours | 1 hour |
| 14. | Robert Perret | 1 hour | 0-15 minutes |
| 15. | William Pettengill | 3 hours | 1 hour |
| 16. | Dave Reiss | 1 hour | 0-15 minutes |
| 17. | John Ryan | 3 hours | 1 hour |
| 18. | Margaret Schwartz | 1 hour | 30 minutes |
| 19. | Dinesh Sethi | 1 hour | 0-15 minutes |
| 20. | Angela Williamson | 2 hours | 90 minutes |

Defendant's Case In Chief

|    | *Witness* | *Time Direct* | *Time Cross* |
|----|-----------|---------------|--------------|
| 1. | William Pettengill | 2 hours | 1 hour |
| 2. | Dan Davis | 2 hours | 30 minutes |
| 3. | Charles Holden | 30 minutes | 15 minutes |
| 4. | Eric Buel | 30 minutes | 15 minutes |
| 5. | Robert Fisher | 30 minutes | 30 minutes |
| 6. | Expert Economist | 1 hour | 1 hour |
| 7. | Expert(s) DNA | Unknown | 1-2 hour |
| 8. | Expert Investigation | Unknown | 1 hour |

Based upon the foregoing anticipated times, as well as the anticipate time for jury selection, openings and closings, the parties anticipate the trial will take 8 to 10 days.

Dated at Montpelier and Burlington, Vermont, this 22nd day of January, 2016.

| STATE OF VERMONT | JEFF GREGA, |
| | AS ADMINISTRATOR FOR THE |
| WILLIAM H. SORRELL | ESTATE OF JOHN GREGA |
| ATTORNEY GENERAL | |

By: */s/ Kate T. Gallagher*  
  Kate T. Gallagher  
  Todd W. Daloz  
  Assistant Attorneys General  
  Office of the Attorney General  
  109 State Street  
  Montpelier, VT  05609-1001  
  (802) 828-3176  
  kate.gallagher@vermont.gov  
  todd.daloz@vermont.gov  

  Counsel for Defendant  
  William Pettengill  

By: */s/ Ian P. Carleton*  
  Ian P. Carleton  
  Sheehey, Furlong & Behm, P.C.  
  30 Main Street, 6th Floor  
  P.O. Box 66  
  Burlington, VT  05402  
  icarleton@sheeheyvt.com  

  Jacob N. Tabor, Esq.  
  Goodwin Procter LLP  
  Exchange Place, 53 State Street  
  Boston, MA 02109  
  (617) 570-1000  
  jtabor@goodwinprocter.com

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2016, I served the Anticipated Witnesses and Time for Trial with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

DATED at Montpelier, Vermont this 22nd day of January, 2016.

>STATE OF VERMONT

>WILLIAM H. SORRELL
>ATTORNEY GENERAL

By:   */s/ Kate T. Gallagher*
Kate T. Gallagher
Todd W. Daloz
Assistant Attorneys General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3176
kate.gallagher@vermont.gov
todd.daloz@vermont.gov

*Counsel for Defendant Pettengill*